### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**ROBERT HIGGINBOTHAM**                                                   **PLAINTIFF**

**V.**                                    **CASE NO. 5:22-CV-05220**

**KRISTINA FELTON, Bentonville Police**
**Department, Records Division, Clerk**                          **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on November 3, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2) because the Court lacks subject matter jurisdiction over Plaintiff's Arkansas Freedom of Information Act claim and the remainder of the Complaint fails to state claims for which relief may be granted.

**IT IS SO ORDERED** on this 22nd day of November, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE